**KICKSTARTER, INC.,**
Plaintiff–Appellee

v.

**FAN FUNDED, LLC, ArtistShare, Inc., Defendants–Appellants**

2015–1886

United States Court of Appeals, Federal Circuit.

June 10, 2016

PETER J. BRANN, Brann & Isaacson, Lewiston, ME, argued for plaintiff-appellee. Also represented by STACY O. STITHAM, DAVID SWETNAM-BURLAND.

CRAIG ROBERT SMITH, Lando & Anastasi, LLP, Cambridge, MA, argued for defendants-appellants. Also represented by ERIC P. CARNEVALE, WILLIAM JOSEPH SEYMOUR.

**JUDGMENT**

Per Curiam (Reyna, Hughes, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**